# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

THE CONCERNED BLACK CLERGY
OF METROPOLITAN ATLANTA, INC.,
a Georgia nonprofit corporation, THE
JUSTICE INITIATIVE, INC., a Georgia
nonprofit corporation, SAMUEL DEWITT
PROCTOR CONFERENCE, INC., a
nonprofit corporation, MIJENTE, INC., a
nonprofit corporation, SANKOFA
UNITED CHURCH OF CHRIST
LIMITED, a Georgia nonprofit
corporation, NEW BIRTH MISSIONARY
BAPTIST CHURCH, INC., a Georgia
nonprofit corporation, METROPOLITAN
ATLANTA BAPTIST MINISTERS
UNION, INC., a Georgia nonprofit
corporation, FIRST CONGREGATIONAL
CHURCH, UNITED CHURCH OF
CHRIST INCORPORATED, a Georgia
nonprofit corporation, GEORGIA
LATINO ALLIANCE FOR HUMAN
RIGHTS, INC., a Georgia nonprofit
corporation, FAITH IN ACTION
NETWORK, a nonprofit corporation,
GREATER WORKS MINISTRIES
NETWORK, INC., a Georgia nonprofit
corporation, EXOUSIA LIGHTHOUSE
INTERNATIONAL C.M., INC., a Georgia
nonprofit corporation,

        Plaintiffs,

   v.

BRAD RAFFENSPERGER, in his official
capacity as the Georgia Secretary of State;

Civil Action No. 1:21-cv-01728-JPB

**NOTICE OF DISMISSAL OF
NEW BIRTH MISSIONARY
BAPTIST CHURCH, INC.**

REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board,

Defendants.

## NOTICE OF DISMISSAL OF
## NEW BIRTH MISSIONARY BAPTIST CHURCH, INC.

Plaintiffs hereby notify the Court that New Birth Missionary Baptist Church, Inc. is dismissing its claims in this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(i), neither an order of this Court nor consent of the Defendants is necessary to effectuate this dismissal. In any event, Defendants do not oppose this voluntary dismissal.

Dated this 22nd day of June, 2021.

Respectfully submitted,

/s/ Kurt Kastorf

Kurt Kastorf
Kastorf Law, LLC
1387 Iverson St NE Suite 100
Atlanta, GA 30307
Tel.: 404-900-0330
kurt@kastorflaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to the administrative procedures for electronic filing of this Court by using the CM/ECF system, which will send notice of electronic filing and complete service of the foregoing as required by Fed. R. Civ. P. 5 to all participants in the case that are registered to the CM/ECF system.


/s/ Kurt Kastorf
Kurt Kastorf