ATLANTA METRO 303
18 MAY 2022 PM 5 L

US POSTAGE — PITNEY BOWES
ZIP 30303 $ 000.53⁰
02 1W
0001383857 MAY 17 2022

BC: 303033099   *2192-00438-20-31

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

NIXIE  282

RECEIVED IN CLERK'S OFFICE  8/29/22
OFFICIAL BUSINESS
U.S.D.C. Atlanta

AUG 31 2022

KEVIN P. WEIMER, Clerk
By: *Kimberly Hatch* Deputy Clerk

**RETURN TO SENDER**

JPB



CLEARED DATE

AUG 30 2022

U.S. Marshals Service
Atlanta, GA 30303



20005-401899

1:21-cv-01728-JPB

Angela A. Groves; Mahroh Jahangiri;
Megan Porter; Miriam R. Nemeth; Marques Banks
1220 L Street NW
Washington, DC 20005

## Orders on Motions

1:21-cv-01728-JPB The Concerned Black Clergy of Metropolitan Atlanta, Inc. et al v. Raffensperger et al **CASE CLOSED on 12/23/2021**

4months,CLOSED

## U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/16/2022 at 1:05 PM EDT and filed on 5/16/2022
**Case Name:**        The Concerned Black Clergy of Metropolitan Atlanta, Inc. et al v. Raffensperger et al
**Case Number:**     1:21-cv-01728-JPB
**Filer:**
**WARNING: CASE CLOSED on 12/23/2021**
**Document Number:** No document attached

**Docket Text:**
**ORDER {by Docket Entry Only}: The [77] Application for Admission of Angela A. Groves Pro Hac Vice, [78] Application for Admission of Mahroh Jahangiri Pro Hac Vice, [79] Application for Admission of Megan Porter Pro Hac Vice, [80] Application for Admission of Miriam R. Nemeth Pro Hac Vice and [81] Application for Admission of Marques Banks Pro Hac Vice are hereby GRANTED. Ordered by Judge J. P. Boulee on 5/16/22. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ceo)**

**1:21-cv-01728-JPB Notice has been electronically mailed to:**

Brian Field     bfield@schaerr-jaffe.com

Bryan Francis Jacoutot     bjacoutot@taylorenglish.com, cadams@taylorenglish.com

Bryan P. Tyson     btyson@taylorenglish.com, bryan.tyson@tysonstrategies.com, rahuja@taylorenglish.com

Cameron T. Norris     cam@consovoymccarthy.com

Clifford Zatz     CZatz@crowell.com, clifford-zatz-7882@ecf.pacerpro.com

Esperanza Segarra     esegarra@darroweverett.com, esegarra@advancementproject.org

Gene C. Schaerr    gschaerr@schaerr-jaffe.com, krobinson@schaerr-jaffe.com

H. Christopher Bartolomucci    cbartolomucci@schaerr-jaffe.com, bfield@schaerr-jaffe.com, jheilpern@schaerr-jaffe.com, krobinson@schaerr-jaffe.com, sdasgupta@schaerr-jaffe.com

Jess Unger    junger@advancementproject.org

John E. Hall, Jr.    JHall@hallboothsmith.com

Jordan Lee Ludwig    jludwig@crowell.com

Kurt G. Kastorf    kurt.kastorf@gmail.com

Loree Anne Paradise    lparadise@taylorenglish.com, cshumaker@taylorenglish.com

Steven Christopher Begakis    steven@consovoymccarthy.com

Tyler R. Green    tyler@consovoymccarthy.com

William Tucker    wtucker@crowell.com

William Bradley Carver    bcarver@hallboothsmith.com, aquagliaroli@hallboothsmith.com, cstone@hallboothsmith.com

William Dowdy White    dwhite@hallboothsmith.com, ekirby@hallboothsmith.com

**1:21-cv-01728-JPB Notice has been delivered by other means to:**

Angela A. Groves
Advancement Project National Office
1220 L Street NW
Washington, DC 20005

Britton Dale Davis
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Chahira Solh
Crowell & Moring, LLP - I CA
3 Park Plaza
20th Floor
Irvine, CA 92614

Gilda Rae Williams
Advancement Project
1220 L Street NW
Suite 850
Washington, DC 20005

Jorge Luis Vasquez
LatinoJustice PRLDEF
P.O. Box 10115
475 Riverside Drive
Suite 1901
New York, NY 10115

Judith Browne Dianis
Advancement Project
1220 L Street NW
Suite 850
Washington, DC 20005

Justin Kingsolver
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Mahroh Jahangiri
Advancement Project National Office
1220 L Street NW
Washington, DC 20005

Marques Banks
Advancement Project National Office
1220 L Street NW
Washington, DC 20005

Megan Porter
Advancement Project National Office
1220 L Street NW
Washington, DC 20005

Miriam R. Nemeth
Advancement Project National Office
1220 L Street NW
Washington, DC 20005

Nkechi Kanu
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Sabrina S. Khan
Advancement Project
1220 L Street NW
Suite 850
Washington, DC 20005

Warrington S. Parker , III
Crowell & Moring, LLC - SF CA

3 Embarcadero Center
26th Floor
San Francisco, CA 94111