IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**JOINT MOTION BY STATE DEFENDANTS, DEFENDANT-INTERVENORS, AND CONSOLIDATED PLAINTIFFS TO ADJUST THE FEBRUARY 1, 2022 SCHEDULING ORDER**

On February 1, 2022, the Court issued a Scheduling Order in the above captioned case, laying out certain discovery and expert deadlines. *See* Scheduling Order, ECF No. 84.

As discovery has progressed, State Defendants, Defendant-Intervenors, and Consolidated Plaintiffs collectively have discussed adjusting certain deadlines, to ensure, among other things, sufficient time for the production of data and other information that experts will use in their expert reports (including data and other information relating to the upcoming November 8, 2022 election and any subsequent statewide runoff in early December). Adjusting the deadline for expert reports until after the November 2022 election will conserve resources and will contribute to the efficient resolution of this matter.[1]

---

[1] The parties have shared this proposed schedule with County Defendants. Athens-Clarke, Brooks, Chatham, Clayton, Cobb, Columbia, DeKalb, Hall, Macon-Bibb, Richmond, and Spalding Counties, as well as the Dougherty County District Attorney,

1

To that end, the parties jointly move this Court to amend the February 1, 2022 scheduling order:

| Event | Current Deadline | Joint Proposal |
|---|---|---|
| Expert reports | Sept. 16 | See below for unified report deadline |
| Expert rebuttal reports | Oct. 7 | See below for unified report deadline |
| Expert sur-rebuttal | Oct. 21 | See below for unified report deadline |
| Document and data production, other than relating to the November and December elections, and not involving ongoing discovery disputes[2] | — | November 21, 2022 |

---

do not object.  At the time of filing, we have not reached counsel for the other county defendants (Forsyth, Fulton, and Gwinnett Counties).

[2] This deadline applies to Requests for Production and subpoenas duces tecum served by October 15, 2022.

| Event | Current Deadline | Joint Proposal |
|---|---|---|
| Document and data discovery production relating to the November and December elections, for requests made by November 22, 2022, not involving ongoing discovery disputes[3] | — | December 22, 2022 |
| Plaintiffs' expert report deadline | January 6, 2023 (deadline for supplemental reports) | January 13, 2023 |
| Defendants' and Defendant-Intervenors' expert report deadline | January 20, 2023 (deadline for supplemental rebuttal reports) | January 31, 2023 |
| Plaintiffs' expert sur-rebuttal report deadline | N/A | Feb. 17, 2023 |

---

[3] The Secretary of State shall provide all available data relating to the November general election by the December 22 deadline, including copies of the State voter file for those elections, including cancelled, inactive, pending and rejected voters, and the 2022 REAP file and data files relating to turnout, absentee voting, waiting time reports, and provisional voting. In the event of a statewide runoff, the Secretary of State shall endeavor to provide available data such as the State voter file for the December runoff by December 22 and the remaining requested data and documents by January 4, 2023. If not all data is available by January 4, the parties will work cooperatively to adjust the schedule by no more than two weeks. This deadline does not preclude parties from propounding discovery requests or subpoenas duces tecum to any party or third party after November 21, 2022 relating to the November general and December runoff elections or to any other relevant matter that may call for the production of documents. If any such documents are produced after January 4, 2023, experts may rely on them in their subsequent reports.

| Event | Current Deadline | Joint Proposal |
|---|---|---|
| Depositions of experts | Nov. and Dec. 2022 | Feb. 22-Mar. 17, 2023 |
| Close of discovery | Feb. 10, 2023 | March 17, 2023 |
| Motions for summary judgment | March 27, 2023 | April 20, 2023 |
| Oppositions to MSJ | May 11, 2023 | May 22, 2023 |
| Reply ISO MSJ | June 12, 2023 | June 12, 2023 |

We ask the Court to enter the accompanying Court Order.

Respectfully submitted this 12th day of September, 2022.

JOHNATHAN SMITH
Acting Principal Deputy Assistant
Attorney General
Civil Rights Division

REBECCA B. BOND
Acting Deputy Assistant Attorney
General
Civil Rights Division

*/s/ John A. Russ IV*
T. Christian Herren, Jr.
John A. Russ IV
Jasmyn G. Richardson
Rachel R. Evans
Ernest A. McFarland
Maura Eileen O'Connor
Elizabeth M. Ryan
Sejal Jhaveri
Attorneys, Voting Section

Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
john.russ@usdoj.gov
jasmyn.richardson@usdoj.gov

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

*/s/ Aileen Bell Hughes*
Aileen Bell Hughes
Georgia Bar No. 375505
Assistant U.S. Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW

Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

*Attorneys for Plaintiff the United States of America*

/s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
Vilia Hayes*
Neil Oxford*
Gregory Farrell*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Admitted pro hac vice*

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*

/s/ Rahul Garabadu
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Sophia Lin Lakin (pro hac vice)
*slakin@aclu.org*
Davin M. Rosborough (pro hac vice)
*drosborough@aclu.org*
Jonathan Topaz (pro hac vice)
*jtopaz@aclu.org*
Dale E. Ho (pro hac vice)
*dho@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

5

Susan P. Mizner (pro hac vice)
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick (pro hac vice)
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Leah C. Aden (pro hac vice)
*laden@naacpldf.org*
John S. Cusick (pro hac vice)
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*

WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

*/s/ Pichaya Poy Winichakul*
Bradley E. Heard (Bar 342209)
*bradley.heard@splcenter.org*
Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*

6

Nancy G. Abudu (Bar 001471)
nancy.abudu@splcenter.org
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

/s/ Adam Sieff
Adam S. Sieff (pro hac vice)
adamsieff@dwt.com
Daniel Leigh (pro hac vice pending)
danielleigh@dwt.com
Brittni Hamilton (pro hac vice)
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski (pro hac vice)
mjedreski@dwt.com
Grace Thompson (pro hac vice)
gracethompson@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett (pro hac vice)
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288

Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Jacob D. Shelly*
Jyoti Jasrasaria*
Tina Meng*
Marcos Mocine-McQueen*
Spencer Klein*
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
jjasrasaria@elias.law
tmeng@elias.law
mmcqueen@elias.law
sklein@elias.law

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700

7

Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*


*/s/ Meredyth L. Yoon*
Phi Nguyen (GA Bar No. 578019)
Meredyth L. Yoon (GA Bar No. 204566)
Laura Murchie*
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*myoon@advancingjustice-atlanta.org*
*lmurchie@advancingjustice-atlanta.org*


*/s/ Eileen Ma*
Eileen Ma*
Kimberly Leung*
ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*
*kimberlyl@advancingjustice-alc.org*

*/s/ Niyati Shah*
Niyati Shah*
Terry Ao Minnis*º
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

*/s/ R. Adam Lauridsen*
Leo L. Lam*
R. Adam Lauridsen*
Connie P. Sung*
Candice Mai Khanh Nguyen*
Luis G. Hoyos*
Rylee Kercher Olm*
Emily Hasselberg*
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*

8

*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Thuy Hang Tran, Thao Tran, and Anjali Enjeti-Sydow*


*/s/ William Tucker*
Kurt Kastorf  (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

Judith Browne Dianis*
Miriam Nemeth*
Angela Groves*
Marques Banks*
Jess Unger*
Mahroh Jahangiri*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
Jbrowne@advancementproject.org
Mnemeth@advancementproject.org
Agroves@advancementproject.org

Mbanks@advancementproject.org
Junger@advancementproject.org
Mjahangiri@advancementproject.org


Clifford J. Zatz*
Justin D. Kingsolver*William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
WTucker@crowell.com

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

\*Admitted *pro hac vice*

*Attorneys for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Samuel Dewitt Proctor Conference, Inc., Mijente, Inc., Sankofa United Church of Christ Limited, Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., Exousia Lighthouse International C.M., Inc.*

9

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
STATE LAW DEPARTMENT
40 Capitol Square, S.W.
Atlanta, Georgia 30334

/s/ Bryan P. Tyson
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com

Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Attorneys for State Defendants and Dougherty County Defendant*

/s/ Cameron T. Norris
Tyler R. Green (pro hac vice)
Cameron T. Norris (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com

John E. Hall, Jr.
   Georgia Bar No. 319090
William Bradley Carver, Sr.
   Georgia Bar No. 115529
W. Dowdy White
   Georgia Bar No. 320879
Alex B. Kaufman
   Georgia Bar No. 136097
James Cullen Evans
   Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Ste. 2900
Atlanta, GA 30303
(404) 954-6967

*Attorneys for Intervenor-Defendants*

10

## CERTIFCATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), I hereby certify that the forgoing motion has been prepared in Time New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C). I further certify that on September 12, 2022, I filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

*/s/ John A. Russ IV*
John Albert Russ IV