# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC. *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:21-cv-01728-JPB |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*, | |
| *Defendants,* | |
| THE REPUBLICAN NATIONAL COMMITTEE *et al.*, | |
| *Intervenor-Defendants.* | |

### [PROPOSED] ORDER GRANTING MOTION FOR JOSEPH J. WARDENSKI TO WITHDRAW AS ATTORNEY OF RECORD

Having considered the Motion to Withdraw Joseph J. Wardenski as Attorney of Record, **IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the Clerk is directed to remove Joseph J. Wardenski as an attorney for Plaintiffs

Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al.* in the above-captioned actions.

    IT IS SO ORDERED this the \_\_\_\_\_ day of _____, 2023.

_____
Honorable J.P. Boulee
United States District Judge